IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY E. GOSS                                                                                       PLAINTIFF

V.                                           CASE NO. 10-CV-4019

JAIL ADMINISTRATOR KIM CULP                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 22, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Judge Bryant recommends that this case be dismissed for failure to prosecute and failure to follow a Court order. *See* Fed. R. Civ. P. 41(b). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's claims are **DISMISSED**.

**IT IS SO ORDERED**, this 14th day of March, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge